UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| MARGARET TRACYE COOPER<br>    PLAINTIFF<br><br>VS.<br><br>STEAK N SHAKE, INC.<br>    DEFENDANT | CASE NO._____<br>Removed from Fayette Circuit Court<br>Civil Action No. 17-CI-4506 |

## NOTICE OF REMOVAL

For its Notice of Removal of this action from the Fayette Circuit Court, Fayette County, Kentucky, to the United States District Court for the Eastern District of Kentucky, the Defendant, Steak N Shake, Inc., by counsel, hereby states as follows:

1. On December 20, 2017, the Plaintiff, Margaret Tracye Cooper, filed a Complaint against Steak N Shake, Inc. in Fayette Circuit Court, Civil Action No. 17-CI-4506. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. § 1446(a) as amended by the Judicial Improvement and Access to Justice Act, Pub. L. 100-702 (H.R. 4807) § 1016 at stat.4642, 4669-70 (Nov. 1998).

2. According to the Plaintiff's Complaint, the Plaintiff is and was at all times relevant hereto, including the time of filing the Notice of Removal, and at the time of the commencement of Civil Action No. 17-CI-4506, a citizen of the Commonwealth of Kentucky.

3. Steak N Shake, Inc. named as Defendant in the Plaintiff's Complaint, does not, and did not, at all times relevant hereto, including the time of filing of the Notice of Removal

and at the time of the commencement of Civil Action No. 17-CI-4506, have its principal place of business in the Commonwealth of Kentucky. Steak N Shake, Inc., is a corporation organized under the laws of the State of Indiana and maintains its principal place of business in the State of Indiana and is deemed a citizen of the State of Indiana for the purposes of 28 U.S.C. § 1441 per 28 U.S.C. § 1332(c)(1).

4. This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one that the Defendant may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), because the Defendant is not a citizen of the Commonwealth of Kentucky.

5. Removal is also appropriate pursuant to 28 U.S.C. § 1332, as the Plaintiff has placed in controversy an amount in excess of $75,000, exclusive of interest and costs, and the civil action is between citizens of different states. On June 4, 2018, Defendant received Plaintiff's medical bills from the University of Kentucky, which show that Plaintiff's claimed medical bills from the December 21, 2016 incident that is the subject matter of Plaintiff's Complaint are greater than $75,000.

6. Pursuant to 28 U.S.C. § 1446(c), this Notice of Removal is filed within one (1) year of the initiation of the action by the Plaintiff.

Respectfully Submitted,

**PHILLIPS, PARKER, ORBERSON & ARNETT, P.L.C.**
163 East Main Street, Suite 130
Lexington, Kentucky 40507
Telephone: (859) 559-4457
Facsimile: (859) 425-4099
Email: jhiggins@ppoalaw.com
         jdroste@ppoalaw.com

BY: */s/Jane C. Higgins*
       JANE C. HIGGINS
       JESSICA B. DROSTE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via E-Mail and US Mail, on this 20th day of June, 2018 upon the following:

Daniel L. Thompson
THE LAW OFFICE OF DANIEL L. THOMPSON
271 W. Short Street, Suite 411
Lexington, Kentucky 40507

*/s/Jane C. Higgins*
Jane C. Higgins
Jessica B. Droste