Filed  17-CI-04506  12/20/2017  Vincent Riggs, Fayette Circuit Clerk  NOT ORIGINAL DOCUMENT
01/04/2018 01:20:08 PM
James Wade

Case: 5:18-cv-00417-MAS   Doc #: 1-1   Filed: 06/20/18   Page: 1 of 4 - Page ID#: 4

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION ____
CASE NO. 17-CI-_____

**FILED ELECTRONICALLY**

MARGARET TRACYE COOPER                                    PLAINTIFF

VS.                          **COMPLAINT**

STEAK N SHAKE, INC.                                       DEFENDANT
    **SERVE VIA CERTIFIED MAIL**
    **Restricted Delivery:**
    Corporation Service Company
    421 West Main Street
    Frankfort, KY 40601

\* \* \* \* \*

Comes now the Plaintiff, Margaret Tracye Cooper, by Counsel, and for her Complaint against the above-named Defendants, and hereby states as follows:

**JURISDICITION AND VENUE**

1. Venue is proper and this Court has jurisdiction over this action because the accident which forms the basis of this Complaint occurred in Lexington, Fayette County, Kentucky. Plaintiff seeks damages for negligence against this Defendant in excess of the jurisdictional limits of this Court.

**PARTIES**

2. Plaintiff, Margaret Tracye Cooper, is and was at all times pertinent to this Complaint a citizen and resident of Lexington, Fayette County, Kentucky.

3. Upon information and belief, Defendant, Steak N Shake, Inc., is and was at all times relevant to this Complaint a domestic corporation licensed to conduct business in Kentucky. Its registered agent is Corporation Service Company, 421 West Main Street, Frankfort, KY 40601. Its principle office is located at 107 S. Pennsylvania Street, #400, Indianapolis, IN 46204.

Presiding Judge: HON. PAMELA GOODWINE (622212)

COM : 000001 of 000004

Filed   17-CI-04506   12/20/2017   Vincent Riggs, Fayette Circuit Clerk   NOT ORIGINAL DOCUMENT
01/04/2018 01:20:08 PM
James Wade

Case: 5:18-cv-00417-MAS   Doc #: 1-1   Filed: 06/20/18   Page: 2 of 4 - Page ID#: 5

At all relevant times herein, Defendant owned and operated a restaurant located at 1832 Alysheba Way, Lexington, KY 40509 called "Steak N Shake".

## FACTS

4. On or about December 24, 2016, Plaintiff was a patron and business invitee at the Steak N Shake restaurant located at 1832 Alysheba Way, Lexington, KY 40509 owned and operated by Defendant.

5. While exercising due care for her own safety and well-being, Plaintiff slipped on a substance on the floor, causing her to fall.

6. As a result of the fall, Plaintiff suffered severe and permanent injuries.

7. The Defendant, by and through its agents, ostensible agents, servants, employees or other representatives had a duty exercise reasonable care for the safety of Plaintiff.

8. The Defendant, by its acts and omissions, was the direct and proximate cause of Plaintiff's fall by breaching said duty and failing to exercise reasonable care for the safety and well-being of Plaintiff.

## COUNT I:
## FAILURE TO MAINTAIN PREMISES

9. Plaintiff reasserts every allegation contained in the preceding paragraphs as though set forth fully herein.

10. Defendant, by and through its agents, ostensible agents, servants, employees or other representatives had a duty to keep the above referenced premises safe for the use of their patrons.

11. Defendant, by its acts and omissions, breached said duty owed to Plaintiff by failing to maintain the premises in a reasonably safe condition by causing or failing to prevent or correct a dangerous condition from existing on the property. As a result of Defendant's failure to maintain

the premises in a reasonably safe condition, Plaintiff suffered an accident resulting in severe and permanent injuries.

## COUNT II:
## FAILURE TO WARN/NOTIFY OF DANGEROUS CONDITION

12. Plaintiff reasserts every allegation contained in the preceding paragraphs as though set forth fully herein.

13. Defendant, by and through its agents, ostensible agents, servants, employees or other representatives had a duty to notify and warn patrons about any dangerous conditions it should reasonably be aware of.

14. Defendant, by its acts and omissions, breached said duty owed to Plaintiff by failing to warn or notify Plaintiff of a dangerous condition then existing on the property. As a result of Defendant's failure to warn or notify Plaintiff of this dangerous condition, Plaintiff suffered an accident resulting in severe and permanent injuries.

## DAMAGES

15. As a direct and proximate result of the negligence and carelessness of the Defendant, as heretofore alleged, Plaintiff was caused to sustain personal injuries, both of a temporary and permanent nature to her person as a whole, resulting in the following damages:

   a. Past, present, and future medical bills and expenses;

   b. Lost wages and earning capacity;

   c. Increased likelihood of future harm;

   d. Loss of ability to lead and enjoy a normal life

   e. Past, present, and future mental and physical pain and suffering;

   f. Actual, consequential, incidental, and foreseeable damages; and

   g. Attorney's fees, costs, and expenses.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1. A trial by jury on all issues of fact herein;

2. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter;

3. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

4. For Plaintiff's costs herein expended; and

5. For any and all other relief to which she may appear entitled.

### CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Pursuant to KRS 411.188(4) the parties notified pursuant to KRS 411.188(2) are as follows: Wellcare, c/o First Recovery Group, LLC., Hon. Irene Patrick, PO Box 771932, Detroit, MI 48277-1932.

Respectfully submitted,

/s/ Daniel L. Thompson
Daniel L. Thompson
THE LAW OFFICE OF DANIEL L. THOMPSON
271 W. Short Street, Suite 411
Lexington, KY 40507
(859) 327-2981
danielthompsonattorney@gmail.com
ATTORNEY FOR PLAINTIFF