
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **MARGARET TRACYE COOPER,** )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**STEAK 'N SHAKE, INC.,** )<br>)<br>)<br>Defendant. ) | NO. 18-CV-417-MAS<br><br>ORDER |

\* \* \* \* \* \* \* \* \* \* \*

Upon motion of Defendant Steak 'n Shake, Inc. to exclude subsequent remedial measures (DE 38), the Court having heard arguments of counsel prior to the start of the jury trial on November 12, 2019, and being otherwise sufficiently advised,

IT IS ORDERED that the motion (DE 38) is DENIED, without prejudice, for the reasons previously stated on the record.

This the 14th day of November, 2019.



Signed By:
Matthew A. Stinnett    MAS
United States Magistrate Judge