AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Kentucky

*Eastern District of Kentucky*
**FILED**
NOV 14 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Margaret Tracye Cooper | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:18-cv-417-MAS |
| Steak n Shake, Inc. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff recover nothing.  This action shall be DISMISSED and STRICKEN from the Court's active docket.  This Order is Final and Appealable and there is no just cause for delay.

This action was *(check one)*:

☑ tried by a jury with Judge Matthew A. Stinnett presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  11/14/2019

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk